UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KNARR, | No. 2:24-cv-02789-DC-CSK |
| Plaintiff, | |
| v. | ORDER REMANDING ACTION TO THE SOLANO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES |
| FCA US LLC, | |
| Defendant. | (Doc. Nos. 12, 24) |

On March 27, 2026, the parties filed a stipulation in which they agree to remand this action to the Solano County Superior Court, where this action was originally filed. (Doc. No. 24.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Solano County Superior Court.

Plaintiff's pending motion to remand (Doc. No. 12) has been rendered moot by this order. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __March 31, 2026__                        _____

Dena Coggins
United States District Judge

1